**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

### TIMOTHY JAMES TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

The Court **DENIES** appellant's November 18, 2015 pro se motion to dismiss his current attorney and for appointment of new counsel. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Taylor, TDCJ No. 01938359, Telford Unit, 3899 State Hwy 98, New Boston, TX 75570.

/s/ ADA BROWN
JUSTICE